UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Alisha Kowalski,<br><br>　　　　　Plaintiff,<br>v.<br><br>CitiBank, N.A.,<br><br>　　　　　Defendant. | **Case No. 19-cv-01021** |

**VOLUNTARY DISMISSAL**

Plaintiff Alisha Kowalski hereby requests that the Court dismiss Plaintiff's claims with prejudice as to Defendant CitiBank, N.A., and with all rights of appeal waived, and all parties to bear their own fees and costs.

Date: April 25, 2020

    /s/ Matthew C. Lein
Matthew C. Lein
State Bar No. 1084028
Attorneys for Plaintiff
**LEIN LAW OFFICES, LLP**
15692 Hwy 63 North
PO Box 761
Hayward, Wisconsin 54843
Telephone: (715) 634-4273
Facsimile: (715) 634-5051
mlein@leinlawoffices.com

David H. Krieger, Esq.
Attorney ID #9086
Attorneys for Plaintiff
**KRIEGER LAW GROUP, LLC**
<u>HENDERSON OFFICE</u>
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
NORTHWEST OFFICE
500 N. Rainbow Blvd.
Suite 300
Las Vegas, NV 89107
PH: (702) 848-3855, Ext. 101
email: dkrieger@kriegerlawgroup.com
Attorneys for Plaintiff